**21-1301**
(consolidated with Case No. **20-1387**)

---

UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

---

UNITED STATES OF AMERICA,
Plaintiff-Appellee

v.

$114,700 IN U.S. CURRENCY,
Defendant,

RICHARD SCHWABE,
Claimant-Appellant.

---

Appeal from decision of the United States District Court
for the District of Colorado (Denver), Case No. 1:17-cv-00452,
Honorable Christine M. Arguello, U.S. District Judge

---

# APPELLANT'S MOTION FOR CLARIFICATION OR UNOPPOSED MOTION FOR LEAVE TO FILE SHORT SUPPLEMENTAL APPENDIX WITH LEGAL BRIEFS FROM DISTRICT COURT

---

EDWARD M. BURCH
Law Office of Michael & Burch, LLP
One Sansome Street, Suite 3500
San Francisco, CA 94104
(415) 946-8996
edward@michaelburchlaw.com
Attorney for Appellant
RICHARD SCHWABE

1

Appellant moves for clarification from this Court that legal briefs need not be in the appendix, or alternatively for leave to file the attached 50-page supplemental appendix with the three briefs which Appellee states are missing from the appendix. Karl Schock, counsel for Appellee United States, has indicated Appellee disagrees with the proposed interpretation of 10th Cir. R. 10.4(D)(2), but does not oppose the motion to submit a supplemental appendix.

In its answer brief, Appellee complains that "Schwabe's appendix does not include his bill of costs, his motion for review of the clerk's taxation of costs, or the response or reply to that motion[,]" so argues that the Court should "decline to consider the appeal and affirm on that basis." Answer Brief at p. 7.

Initially, as to the failure to include the initial proposed bill of costs, this is a strange red herring.[1] Neither the clerk nor the district court analyzed or ruled upon the bill of costs (Doc. 135), because Appellant both modified and added to it and created a "final" bill of the requested costs (Doc. 160-4, Aplt.App.Vol.4 at 813), albeit called it a final "tally" of the requested costs.

Both the Clerk and the District Court ruled on or otherwise analyzed the "Claimant's Final Tally of Requested Fees and Costs" including the "Items Normally Itemized And Billed To Client In Addition To Hourly Rate", which was

---

[1] Regardless, Appellant includes the bill of costs in the proposed supplemental appendix, filed concurrently.

2

filed in the District Court as Document ECF No. 160, Attachment 4, and was included in the Appendix to the fee appeal at Aplt.App.Vol.4 at 813-817. *See, e.g.,* Aplt.Cost.App. 157-158 (clerk indicating, "The starting point for the Clerk begins with Claimant's Final Tally of Requested Fees and Costs. ECF No. 160, Attachment 4 … the Clerk awards as costs …"); Aplt.Cost.App. 164 (the district court indicating that "the Clerk analyzed Schwabe's cost request and concluded that, of the $18,625.66 Schwabe claimed as costs, only $7,901.48 fell within the categories of awardable costs … [t]he Court finds no error in the Court's conclusion.")

As to refraining from including legal briefs in the appendix to this appeal, 10th Cir.R. 10.4(E) indicates that, generally, "briefs, memoranda, and points of authority … " should be excluded from appendixes. 10th Cir. R. 10.4(D)(2) indicates that "[w]hen the appeal is from an order disposing of a motion [ ], the motion [ ] including any supporting briefs, memoranda, and points of authority [ ] filed in connection with that motion or pleading, and any responses and replies filed in connection with that motion [ ] must be included <u>in the record or</u> appendix." (emphasis added).

Appellant thus reads 10th Cir. R. 10.4(D)(2) to indicate that legal briefs need be a part of "the record" but <u>not</u> the appendix, as Appellant presumes that this Court has such filings, or has access to such filings to the extent that the Court

3

finds any legal brief helpful or relevant, and therefore such briefs (though not in the appendix) are part of "the record" which was transmitted to it from the district court (*see* 10th Cir. docket entry dated 09/01/2021 indicating that the record is complete).

Further, Appellant submits that the briefs have no particular relevance and are not otherwise helpful in deciding this appeal. Appellant does not reference or otherwise rely on the briefs in his opening brief or reply.

Appellee, by contrast, reads 10th Cir. R. 10.4(D)(2) to say that Appellant <u>was required</u> to include legal briefs in his appendix.

For the foregoing reasons, Appellant seeks an order clarifying that 10th Cir. R. 10.4(D)(2) does not require an appellant to include legal briefs in the appendix.

Alternatively, rather than impose the draconian sanction of refusing to hear the appeal which raises novel and important questions of law, as Appellee suggests, Appellant seeks leave to submit the concurrently filed and relatively short (50 pages in length) supplemental appendix with his reply brief.

Dated: 8 December 2021

Respectfully submitted,

*s/Edward M. Burch*
EDWARD M. BURCH
One Sansome Street, Suite 3500
San Francisco, CA 94104
Telephone: (415) 946-8996
E-mail: edward@michaelburchlaw.com

Attorney for Claimant

# CERTIFICATE OF SERVICE

I, Edward M. Burch, hereby certify that on December 8, 2021, I served a copy of the foregoing APPELLANT'S MOTION FOR CLARIFICATION OR UNOPPOSED MOTION FOR LEAVE TO FILE SHORT SUPPLEMENTAL APPENDIX WITH LEGAL BRIEFS FROM DISTRICT COURT, to: Karl Schock, counsel for appellee, at

Office of the United States Attorney,
1801 California, St., Ste. 1600,
Denver, Colorado 80202, (303) 454-0100,
Email Address: karl.schock@usdoj.gov,

the last known address/email address, by filing with the clerk of the court using the CM/ECF system, which will send a notice of electronic filing to all ECFregistered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

8 December 2021

              s/*Edward M. Burch*
              Signature

## CERTIFICATE OF DIGITAL SUBMISSION

I hereby certify that with respect to the foregoing

(1) all required privacy redactions have been made;

(2) if required to file additional hard copies, that the ECF submission is an exact copy of those documents;

(3) The digital submissions have been scanned for viruses with on this date by MetaDefender Cloud, and according to the program are free of viruses.

I certify that the information on this form is true and correct to the best of my knowledge and belief formed after a reasonable inquiry.


8 December 2021

s/*Edward M. Burch*
Edward M. Burch
